# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

KAREN S. SMITH,

                 Plaintiff(s),

                                CASE NUMBER: 04-60185

v.                                   HON. MARIANNE O. BATTANI

COMMISSIONER OF
SOCIAL SECURITY,

                 Defendant(s).

_____/

## FINAL JUDGMENT

         Pursuant to an Opinion and Order of the Court entered in this case on this date, adopting the magistrate judge's report and recommendation and granting summary judgment for defendant in the above matter,

         FINAL JUDGMENT is hereby entered for defendant.

         Entered this 10th day of May, 2005, in Detroit, Michigan.

                                  s/Marianne O. Battani
                                  MARIANNE O. BATTANI
                                  UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF MAILING

    I certify that a copy of this judgment was mailed and/or electronically filed to Charles A. Robison, and Francis Zebot, on this date.

                                  s/Bernadette M. Thebolt
                                  Bernadette M. Thebolt, Case Manager for
                                  Hon. Marianne O. Battani
                                  313-234-2627